EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Jane Hoffman Mouriño | 2007 TSPR 115 <br><br> 171 DPR ____ |

Número del Caso: CP-2005-9

Fecha: 7 de junio de 2007

Abogado de la Parte Peticionaria:

Lcdo. Osvaldo Toledo Martínez

Materia: Conducta Profesional
         (La suspensión del abogado advino final y firme el 7 de
          junio de 2007)

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correcciones del proceso
de compilación y publicación oficial de las decisiones del
Tribunal. Su distribución electrónica se hace como un servicio
público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Jane Hoffman Mouriño                    CP-2005-009

RESOLUCIÓN

San Juan, Puerto Rico, a 7 de junio de 2007.

A la Segunda Moción de Reconsideración presentada por la Lcda. Jane Hoffman Mouriño, no ha lugar.

Se hace constar que la suspensión del ejercicio de la abogacía por el período de **tres meses** de la licenciada Hoffman Mouriño comienza a contar a partir de la notificación de esta Resolución, en vista de que ya advino final y firme.

Se ordena la notificación personal de esta Resolución a la licenciada Hoffman Mouriño.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo